1
2
3
4
5
6

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

7
8
9  MARK GRANGETTO,                          CASE NO. 1:07-cv-00438 LJO DLB P

10              Plaintiff,                  ORDER DIRECTING DEFENDANTS TO
                                           RESPOND TO PLAINTIFF'S COMPLAINT
11       v.                                WITHIN THIRTY DAYS

12  TERHUNE,

13              Defendants
    _____/
14

15       Plaintiff is a state prisoner proceeding pro se in this civil rights action pursuant to 42 U.S.C.

16  § 1983.  Defendants removed the action to this Court from Kings County Superior Court on March

17  20, 2007.  The court has screened plaintiff's complaint pursuant to 28 U.S.C. § 1915A and finds that

18  the complaint states cognizable claims for relief against the named defendants for violation of

19  plaintiff's rights under the Eighth Amendment of the United States Constitution.

20       Accordingly, Defendants are HEREBY ORDERED to file a response to the complaint

21  within **thirty (30) days** from the date of service of this order.

22
23       IT IS SO ORDERED.

24  **Dated:**   **September 2, 2008**          _____**/s/ Dennis L. Beck**_____
                                              UNITED STATES MAGISTRATE JUDGE
25
26
27
28

1