1

**CINDY LEE CANNON, SBN 143639**
CINDY LEE CANNON, APLC
7545 Irvine Center Drive, Suite 200
Irvine, California 92618
Tel: (949) 623-6460 (Main) / (714) 675-7122 (Direct)
Fax: (949) 623-8305 (Main) / (949) 315-3967 (Direct)
Email:  ccannonlaw@cox.net

2

3

4

5

Attorney for Petitioner NORA WEBER

6

7

UNITED STATES DISTRICT COURT

8

EASTERN DISTRICT OF CALIFORNIA – FRESNO DIVISION

9

10

MARK EVAN GRANGETTO, an
incompetent adult, by and through his
Guardian *ad Litem*, NORA WEBER,

11

12

Plaintiff,

vs.

13

14

CAL TERHUNE, individually and in
his official capacity as the Director
of the California Department of
Corrections and Rehabilitation;
DERRAL G. ADAMS, Warden, in
his individual and official capacity;
and DAVID J. KYLE, D.O., in his
individual and official capacity as
Chief Medical Officer; and DOES 1
through 100,

15

16

17

18

19

20

21

Defendants.

22

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case No.  1:07-CV-00438-LJO-DLB

*The Hon. Dennis L. Beck*

**STIPULATION AND PROPOSED
ORDER TO CONTINUE HEARING ON
DEFENDANTS' MOTION TO DISMISS**

Date:      November 7, 2008
Time:      9:00 a.m.
Ctrm:      Nine (9)

23

Petitioner for appointment as guardian ad litem for Plaintiff, NORA WEBER and

24

defendants, by and through their undersigned counsel, stipulate, agree and

25

respectfully request an order as follows:

26

1.      The court entered an order on September 2, 2008 that the Defendants

27

respond to Plaintiff's complaint within thirty (30) days.  On October 2, 2008 defendants

28

filed a Motion to Dismiss pursuant to Federal Rule of Civil Procedure 17 on the ground

that no guardian ad litem had been appointed for plaintiff, and on the further grounds

that the complaint fails to state a cause of action (Fed. Rule of Civl. Proc. 12 (b)(6).)

      2.    Nora Weber, the mother of the plaintiff, is now petitioning the court to be

appointed as the Plaintiff's guardian ad litem in this matter.

      3.    Petitioner's counsel has further advised that she contemplates an

amended pleading that may address the remaining concerns raised by the pending

Motion to Dismiss.

      4.    The current hearing on Defendants' Motion to Dismiss is set for

November 7, 2008, a day that Petitioner's counsel will be in a priority long cause

wrongful death trial in Monterey County (See Exhibit 1.)

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

1    5.    Due to this extended calendar conflict, the parties agree that there is

2  good cause to continue the hearing on Defendants' Motion to Dismiss, filed October 2,

3  2008, to **December 12, 2008.**

4    So stipulated.

5

6  Dated:  October ___, 2008            EDMUND G. BROWN JR.
                                        Attorney General of the State of California
7                                       DAVID S. CHANEY
                                        Chief Assistant Attorney General
8                                       ROCHELLE C. EAST
                                        Senior Assistant Attorney General
9                                       TRACY S. HENDERSON
                                        Supervising Deputy Attorney General
10

11

12                          By:    ____Facsmile signature filed____
                                   JAMES E. FLYNN
13                                 Deputy Attorney General
                                   Attorney for Defendants
14

15  Dated:  October 19, 2008        CINDY LEE CANNON
                                     *A PROFESSIONAL LAW CORPORATION*
16

17                          By:    _____/s/ Cindy L. Cannon _____
                                   CINDY L. CANNON,
18                                 Attorney for Petitioner NORA WEBER

19                                 ORDER

20    So ordered.  The hearing on Defendants' Motion to Dismiss filed October 2,

21  2008 is continued to <u>December 12, 2008 at 9:00 a.m.</u> in Courtroom Nine of the above-

22  entitled court.

23

24  Dated:  22 October 2008        ____/s/ Dennis L. Beck_____
                                   UNITED STATES MAGISTRATE JUDGE
25

26

27

28