# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK EVAN GRANGETTO, by and through his Guardian Ad Litem, Nora Weber,<br><br>Plaintiff,<br><br>v.<br><br>CAL TERHUNE, et al.,<br><br>Defendants. | 1:07cv0438 LJO DLB<br><br>ORDER GRANTING PETITION FOR GUARDIAN AD LITEM<br><br>(Document 8) |

On October 19, 2008, Petitioner Nora Weber filed a petition to appoint herself guardian ad litem for Plaintiff Mark Even Grangetto ("Plaintiff"). The matter was heard on December 12, 2008, before the Honorable Dennis L. Beck, United States Magistrate Judge. Cindy Cannon appeared on behalf of Plaintiff. James Flynn appeared on behalf of Defendants Cal Terhune, Darrel G. Adams and David J. Kyle ("Defendants").

Plaintiff filed the instant civil rights action in the Kings County Superior Court on March 1, 2007. The action was removed to this Court March 20, 2007. Plaintiff's complaint alleges causes of action under the Eighth Amendment. According to the Complaint, Plaintiff is a medically disabled and mentally incompetent adult male currently incarcerated in Corcoran State Prison. His claims arise from allegations that he has been involuntarily medicated while in the custody of the California Department of Corrections and Rehabilitation ("CDCR").

1  In response to Defendants' motion to dismiss, which was filed on October 2, 2008, and will be addressed by separate order, Petitioner filed the instant petition to have herself appointed guardian ad litem for Plaintiff.

Defendants opposed the appointment on November 10, 2008, mainly on the incorrect assumption that appointing Nora Weber would provide her with the relief requested in the complaint without a determination on the merits.  Having no evidence to the contrary, the Court finds that Nora Weber is the appropriate person to appoint on behalf of Plaintiff.

The petition for appointment of guardian ad litem is therefore GRANTED.

IT IS SO ORDERED.

**Dated:** **December 30, 2008**      /s/ **Dennis L. Beck**
                                     UNITED STATES MAGISTRATE JUDGE