# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK EVAN GRANGETTO, by and through his Guardian Ad Litem, Nora Weber, ) ) ) ) | 1:07cv0438 LJO DLB |
| Plaintiff, ) ) | ORDER GRANTING DEFENDANTS' EX PARTE APPLICATION FOR EXTENSION OF TIME NUNC PRO TUNC |
| v. ) ) | (Document 19) |
| CAL TERHUNE, et al., ) ) ) | |
| Defendants. ) ) | |

On February 13, 2009, Defendants filed an ex parte application for an extension of time within which to file a responsive pleading to Plaintiff's February 2, 2009, First Amended Complaint. Plaintiff opposed the request on February 23, 2009, six days after Defendants' response was originally due.

Good cause appearing, the Court grants Defendants' request to file a responsive pleading on or before February 27, 2009, nunc pro tunc.


IT IS SO ORDERED.

Dated: __March 30, 2009__          _____/s/ Dennis L. Beck____
                                   UNITED STATES MAGISTRATE JUDGE

1