1

Order (1:07-cv-00438-LJO-DLB)

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **MARK EVAN GRANGETTO, by and through his Guardian ad Litem, NORA WEBER,**<br><br>Plaintiff,<br><br>v.<br><br>**DERRAL G. ADAMS, et al.,**<br><br>Defendants. | Case No. 1:07-cv-00438-LJO-DLB<br><br>**ORDER** |

   The parties have stipulated to voluntary dismissal of this action under Federal Rule of Civil Procedure 41(A)(1)(A)(ii).  Pursuant to the stipulation, the Court orders that this action be dismissed with prejudice and that the parties shall bear their own attorney's fees and costs.


Dated:  _August 24, 2009_____         /s/ Lawrence  J. O'Neill_____
                                                                UNITED STATES DISTRICT JUDGE